# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALLAN CERVANTES, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.                                                                                          CV No. 18-97 JCH/CG

CHALK MOUNTAIN SERVICES OF
TEXAS, LLC.,

    Defendant.

## ORDER GRANTING SECOND JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on the parties' *Second Joint Motion to Extend Deadline to File Joint Status Report and Rule 16 Management Conference Pending Settlement Discussions*, (Doc. 13), filed April 23, 2018. The Court, having read the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' deadline to file their Joint Status Report and Provisional Discovery Plan is hereby extended to **May 28, 2018.**

**IT IS FURTHER ORDERED** that the May 8, 2018, Rule 16 Scheduling Conference is hereby **RESET** for **Tuesday, June 5, 2018, at 2:30 p.m.**

                                                _____
                                                THE HONORABLE CARMEN E. GARZA
                                                CHIEF UNITED STATES MAGISTRATE JUDGE