**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ALLAN CERVANTES, individually and
on behalf of all others similarly situated,

      Plaintiffs,

v.                                                                          CV No. 18-97 JCH/CG

CHALK MOUNTAIN SERVICES OF
TEXAS, LLC.,

      Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon being notified that the case has settled.

**IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 14), and Telephonic Rule 16 Scheduling Conference set for June 5, 2018 at 2:30 p.m. are **VACATED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE