**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ALLAN CERVANTES, individually and
on behalf of all others similarly situated,

      Plaintiffs,

v.                                                              CV No. 18-97 JCH/CG

CHALK MOUNTAIN SERVICES OF
TEXAS, LLC.,

      Defendant.

### ORDER TO FILE CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon being notified that the case has settled.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **July 5, 2018**.

                                          _____
                                          THE HONORABLE CARMEN E. GARZA
                                          CHIEF UNITED STATES MAGISTRATE JUDGE