IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| ALLAN CERVANTES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHALK MOUNTAIN SERVICES OF TEXAS, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 2:18-cv-00097-SMV/CEG<br>§<br>§<br>§<br>§<br>§ |

## AGREED MOTION FOR LEAVE TO FILE SETTLEMENT AGREEMENT UNDER SEAL

Named Plaintiff Allan Cervantes ("Plaintiff"), and Defendant Chalk Mountain Services of Texas, Inc. ("Defendant") (Plaintiffs and Defendant are collectively referred to as the "Parties"), jointly move to file their proposed settlement agreement under seal and respectfully show this Court as follows:

1. As set forth in the contemporaneously filed Agreed Motion to Approve Settlement, the Parties have entered into a Confidential Settlement Agreement, attached hereto as Exhibit "1" (the "Confidential Settlement Agreement"), and which is being filed under seal pending this Court's ruling on the instant matter. The Parties have agreed to submit the Confidential Settlement Agreement under seal for the Court's *in camera* review.

2. As bona fide disputes and controversies exist among the Parties, both as to liability and amount, if any, and while Defendant denies liability, the Parties desire to compromise and settle fully and finally, by the execution of the Confidential Settlement Agreement, the claims of Plaintiff in the Action without incurring significant time and expense that would be associated with further litigation of this dispute.

1

3. The confidentiality of the Confidential Settlement Agreement is a material inducement to the Parties' agreement to settle, and a material term of the Settlement Agreement. Without such confidentiality, there is an increased likelihood that Defendant would be exposed to further litigation (on claims they deny), thus depriving Defendant of a benefit which was the basis for the settlement bargain. The Parties acknowledge that the publication of the Confidential Settlement Agreement and attachments to the Confidential Settlement Agreement will likely have adverse consequences, including but not limited to Defendant's operations and its competitiveness in the marketplace. There is also a public interest in confidentiality in that it encourages and facilitates settlement negotiations and voluntary resolution of disputes, thereby preserving the resources of the Court. Plaintiff has an equally valid interest in maintaining the settlement terms of their personal financial information confidential and not public, and no potential claimant is disadvantaged by such confidentiality.

4. As this is a settlement of bona fide factual and legal disputes, and confidentiality is of utmost importance and a material inducement to the Parties' agreement to settle, and a material term of this Confidential Settlement Agreement, and as a public filing would undermine the Parties' extensive effort to settle disputed claims, the Parties are providing the Confidential Settlement Agreement to the Court as Exhibit "1" to this Motion for an *in camera* review. As there is no prejudice arising from an *in camera* review but great prejudice should such review be denied, the Parties respectfully request that an *in camera* review be permitted.

## CONCLUSION

In accordance with the Parties' agreement, the Parties respectfully ask this Court to grant leave to file their Confidential Settlement Agreement under seal and to conduct an *in camera* review of the Confidential Settlement Agreement for purposes of considering the Parties' Agreed Motion to Approve Settlement.

Date:  July 3, 2018

Respectfully submitted,

By: */s/ Jennifer Bradfute*
Jennifer Noyra
Jennifer Bradfute
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
500 Fourth Street NW
Suite 1000
Albuquerque, New Mexico 87102
Telephone: (505) 848-1800
Facsimile: (505) 848-9710
Jennifer.naya@modrall.com
Jennifer.bradfute@modrall.com

Carrie B. Hoffman
Texas Bar No. 00787701
GARDERE WYNNE SEWELL LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-4262
Facsimile: (214) 999-3262
E-mail: choffman@foley.com

**ATTORNEYS FOR DEFENDANT**

By: */s/ Melissa Moore*
Melissa Moore
Texas Bar No. 24013189
Curt Hesse
Texas Bar No. 24065414
Bridget Davidson
Texas Bar No. 24096858
MOORE & ASSOCIATES
Lyric Center
440 Louisiana Street, Suite 675
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739
Melissa@mooreandassociates.net
Curt@mooreandassociates.net
Bridget@mooreandassociates.net

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. We are serving via email counsel of record for Plaintiffs with the Motion and sealed document.

*/s/ Jennifer Bradfute*
Jennifer Bradfute