UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| ALLAN CERVANTES, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No. 2:18-CV-00097 SMV/CEG |
| v. | § § | |
| CHALK MOUNTAIN SERVICES OF TEXAS, LLC, | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## AGREED MOTION TO APPROVE SETTLEMENT

This Motion To Approve Settlement (the "Agreed Motion") is entered into between Allan Cervantes ("Plaintiff") and Defendant Chalk Mountain Services of Texas, LLC ("Defendant") (collectively, the "Parties"). The Parties have reached a settlement in the above-captioned case, and now jointly move the Court for approval of their proposed Fair Labor Standards Act ("FLSA") settlement.

In support of this Agreed Motion, the Parties file their Settlement Agreement under seal for review and approval *in camera*. which establishes that the Parties' settlement is a fair and reasonable resolution for the Parties' *bona fide* dispute as to FLSA liability and damages. *See* Exhibit "1" to the contemporaneously filed Agreed Motion for Leave to File Settlement Agreement Under Seal ("Agreed Motion for Leave"). Further, the FLSA settlement substantially compensates Plaintiff for his alleged unpaid overtime compensation and accounts for the risks associated with Plaintiff's asserted claims. In addition, the Parties request that this Court approve Plaintiff's reasonable attorney's fees and costs, as set forth in Exhibit "1" to the Agreed Motion for Leave.

**WHEREFORE**, based upon the above and the Parties' Settlement Agreement, the Parties respectfully request that this Court approve their FLSA settlement, enter the proposed Order Approving Settlement, and dismiss this case with prejudice.

Dated: July 3, 2018

        Respectfully submitted,

        By: */s/ Jennifer L. Bradfute*
        Jennifer A. Noya
        Jennifer L. Bradfute
        MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
        500 Fourth Street NW
        Suite 1000
        Albuquerque, New Mexico 87102
        Telephone: (505) 848-1800
        Facsimile: (505) 848-9710
        Jennifer.noya@modrall.com
        Jennifer.bradfute@modrall.com

        Carrie B. Hoffman
        Texas Bar No. 00787701
        GARDERE WYNNE SEWELL LLP
        2021 McKinney Avenue, Suite 1600
        Dallas, Texas  75201
        Telephone:  (214) 999-4262
        Facsimile:  (214) 999-3262
        E-mail: choffman@foley.com

        **ATTORNEYS FOR DEFENDANT**

By: */s/ Melissa Moore*
Melissa Moore
Texas Bar No. 24013189
Curt Hesse
Texas Bar No. 24065414
Bridget Davidson
Texas Bar No. 24096858
MOORE & ASSOCIATES
Lyric Center
440 Louisiana Street, Suite 675
Houston, Texas 77002
Telephone:  (713) 222-6775
Facsimile:  (713) 222-6739
Melissa@mooreandassociates.net
Curt@mooreandassociates.net
Bridget@mooreandassociates.net

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 3, 2018, the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By:   */s/ Jennifer L. Bradfute*
Jennifer L. Bradfute

4829-4867-0571.1