# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| ALLAN CERVANTES, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No. 2:18-CV-00097 JCH/CEG |
| v. | § § | |
| CHALK MOUNTAIN SERVICES OF TEXAS, LLC, | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## ORDER GRANTING AGREED MOTION TO APPROVE SETTLEMENT

Pending before this Court is the Parties' Agreed Motion to Approve Settlement ("Motion"). For the reasons set forth in the Motion, the Court finds that good cause exists and accordingly the Motion is GRANTED.

The Court hereby APPROVES the parties' Confidential Settlement Agreement and dismisses the claims with prejudice.

Signed on this 24th day of July,, 2018.

_____
HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

2

by: */s/ Jennifer L. Bradfute*
Jennifer A. Noya
Jennifer L. Bradfute
500 Fourth Street NW
Suite 1000
Albuquerque, New Mexico 87102
Telephone: (505) 848-1800
Jennifer.noya@modrall.com
Jennifer.bradfute@modrall.com

Carrie B. Hoffman
Texas Bar No. 00787701
GARDERE WYNNE SEWELL LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas  75201
Telephone:  (214) 999-4262
Facsimile:  (214) 999-3262
E-mail: choffman@foley.com
**ATTORNEYS FOR DEFENDANT**


MOORE & ASSOCIATES

BY:  /s/ *Melissa Moore Approved 07/03/18*
Melissa Moore
Texas Bar No. 24013189
Curt Hesse
Texas Bar No. 24065414
Bridget Davidson
Texas Bar No. 24096858
MOORE & ASSOCIATES
Lyric Center
440 Louisiana Street, Suite 675
Houston, Texas 77002
Telephone:  (713) 222-6775
Facsimile:  (713) 222-6739
Melissa@mooreandassociates.net
Curt@mooreandassociates.net
Bridget@mooreandassociates.net
**ATTORNEYS FOR PLAINTIFF**